

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-16-00122-CR

| | | |
|---|---|---|
| Carlos Enrique Casas | § | From County Criminal Court No. 6 |
| | § | of Tarrant County (1410078) |
| v. | § | July 20, 2017 |
| | § | Opinion by Justice Gabriel |
| The State of Texas | § | (p) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's community-supervision order. The trial court's community-supervision order is modified to change the assessed court costs to $295.10, subtracting the $100 emergency-services cost from the $395.10 assessed. It is ordered that the trial court's community-supervision order is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
Justice Lee Gabriel